**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JASON READ                                                                                                    PLAINTIFF
Reg. # 09425-062

v.                                            2:15CV00101-JM-JJV

UNITED STATES OF AMERICA                                                                      DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Freedom of Information Act claims are DISMISSED without prejudice.

2.      Plaintiff's request for declaratory judgment is DENIED.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 10th day of July, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE