### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

JASON READ, Reg # 09425-062                                                                                    PLAINTIFF

v.                                           2:15CV00101-JM

UNITED STATES OF AMERICA                                                                                    DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion for Summary Judgement (Doc. No. 39) is GRANTED.

2. Plaintiff's Complaint (Doc. No. 2) is DISMISSED WITH PREJUDICE.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 7th day of September, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE